# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE Z. GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFFERY ANDREWS,<br><br>　　　　Defendant. | Case No. 2:18-cv-08198-MWF (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which objections have been filed.

　　　IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) defendant's Motion to Dismiss is granted; and (3) Judgment shall be entered dismissing the Third Amended Complaint without further leave to amend and without prejudice as barred by *Heck*.

DATED: December 19, 2019

　　　　　　　　　　　　　　　　　　　　　／s／ Michael W. Fitzgerald
　　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE