JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE Z. GARCIA, | Case No. 2:18-cv-08198-MWF (AFM) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JEFFERY ANDREWS, | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Third Amended Complaint is dismissed without further leave to amend and without prejudice as barred by *Heck*.

DATED: December 19, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE